UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH PRESTON MCCLURE,

    Petitioner,

v.                                                         Case No: 6:15-cv-1502-Orl-41DAB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS
and ATTORNEY GENERAL, STATE OF
FLORIDA,

    Respondents.
                                              /

## ORDER

This cause is before the Court on Petitioner's Motion to Dismiss (Doc. 9). Upon consideration, the motion is **DENIED** as moot. This case was dismissed on November 18, 2015.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2015.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Party
OrlP-2 11/30